The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

**Dated: March 3 2015**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | * | Case No. 14-34401 |
| MYERS, KEVIN J., | * | Hon. John P. Gustafson |
| MYERS, ESTHER M., | | U.S. Bankruptcy Judge |
| Debtor(s) | * | |

## ORDER RELATING TO MOTION FOR TURNOVER OF 2014 TAXES AND SETTING OF CERTAIN VALUES

This matter came before the Court upon the filing of the Motion for Turnover of 2014 Taxes and Setting of Certain Values.

The Court finds that the Trustee gave to all appropriate persons notice of his intended action.

Good cause thus exists to grant to the Trustee the relief that he seeks.

WHEREFORE, IT IS ORDERED That the motion of the Trustee is GRANTED. The Debtors are directed to turn over to the Trustee copies of their 2014 federal, state, local, and, if appropriate, school district tax returns.

IT IS FURTHER ORDERED that the Debtors are directed to surrender the nonexempt portion of their 2014 federal, state, local, and, if appropriate, school district tax refunds to the Trustee within ten (10) days of their receipt.

IT IS FURTHER ORDERED that the Debtors are directed to take no post-petition action that results in a reduction of the value of the potential estate asset. The Trustee's records reflect that he is entitled to 93.6986% of tax refunds, less $3,161.76 available exemptions.

IT IS SO ORDERED.

LIST OF PARTIES TO BE SERVED

Office of the United States Trustee
(Registered User)@usdoj.gov

Robert B. Hollister
jane@oxleylaw.com

Anthony L. Geiger
tony.geiger@cityhall.lima.oh.us

Kevin J. and Esther M. Myers
7750 Mehaffey Road
Lima, OH 45801

Bruce C. French, Trustee
brucecfrench@earthlink.net