Northern District Of Ohio
United States Bankruptcy Court
1716 Spielbusch Ave Room 411
Toledo, OH 43604

**Case No. 14−34401−jpg**

**In re:**
Kevin J Myers
7750 Mehaffey Road
Lima, OH 45801

Esther M Myers
7750 Mehaffey Road
Lima, OH 45801

**Social Security No.:**
xxx−xx−1726

xxx−xx−4046

**FINAL DECREE**

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Bruce C French is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** July 7, 2015
Form ohnb136a

**BY THE COURT**
/s/ John P. Gustafson
United States Bankruptcy Judge